AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br><br>FERNANDO L. TORRES<br>*Defendant(s)* | Case No.<br>Mag. No. 25-4058 (MJS) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 7, 2024** in the county of **Camden** in the _____ District of **New Jersey**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g)(1). | Possession of a firearm and ammunition by a convicted felon. |

This criminal complaint is based on these facts:
See Attachment B- Affidavit of Probable Cause.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Jacob B. Topper, ATF
*Printed name and title*

Sworn to ~~before me and signed in my presence.~~ by telephone pursuant to Fed. R. Crim. P. 4.1

Date: 8-7-2025

_____
*Judge's signature*

City and state: Camden, New Jersey

Honorable Matthew J. Skahill, U.S.M.J.
*Printed name and title*

CONTENTS APPROVED

UNITED STATES ATTORNEY

BY: /s/ Patrick C. Askin
_____
PATRICK C. ASKIN
Assistant United States Attorney

Date: August 6, 2025

## Attachment A

On or about February 7, 2024, in Camden County, in the District of New Jersey, and elsewhere, the defendant,

**FERNANDO L. TORRES,**

knowing that he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, namely, a SCCY CPX-1 9mm semi-automatic handgun, with a serial number 702819, and ammunition, namely an 11-round magazine containing seven live ball rounds and two live hollow-point rounds, with one round in the chamber, and the firearm and ammunition were in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## Attachment B

I, Jacob B. Topper, am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, photographs and video recordings of the evidence. Where statements of others are related herein, they are related in substance and part. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date and time, I am asserting that it took place on or about the date and time alleged.

1. On February 7, 2024, an officer with the Camden County Metro Police Department was in uniform and on patrol in a marked police vehicle. At approximately 5:41 p.m., he observed 4 males standing on the corner of 4th and Bailey streets in north Camden, engaged in conversation with each other. From his prior patrols in the area and from roll call complaints, the officer knew that this area was a high crime area with ongoing narcotics sales, recent shooting incidents, and a recent increase in violent crimes.

2. The same officer had noticed the same males standing on the corner on a prior drive through the area. The second time the officer noticed them, as he turned onto 4th Street, one of the males, later identified as Fernando L. TORRES, looked in the direction of the officer's patrol vehicle and began walking away from the group, but continued to look back at the officer's vehicle. TORRES was wearing a black face-covering balaclava that covered his entire face except for the cutouts for his eyes. Additionally, TORRES kept his right hand in his right jacket pocket the entire time the officer was observing him, and it appeared to the officer that TORRES was holding onto something in his jacket pocket.

3. Based on the circumstances, the officer believed that TORRES may be armed with a handgun while standing with a group of males on a corner where controlled substances were often sold. The officer then parked his vehicle at 4th and Bailey and got out of the car and began to approach TORRES. The officer ordered TORRES to stop. TORRES positioned himself on the opposite side of a parked car from the officer's position and, after looking in the direction of the officer, TORRES began to run away from the officer.

4. After a short foot pursuit of a few city blocks, the officer caught up to TORRES and detained him in the area of 5th and Grant Streets in Camden. Before TORRES was handcuffed, the officer noticed the handle of a black firearm in his right coat pocket. A sergeant then arrived at the scene, approached TORRES who was seated on the ground, and reached into TORRES's open coat pocket and retrieved the black handgun from inside the pocket. The sergeant secured the firearm in the sergeant's patrol car. The handgun was an SCCY CPX-1 9mm semi-automatic

handgun, serial number 702819. The handgun had an 11-round magazine. It was loaded with 9 rounds of live ammunition, including one round in the chamber.

      5. TORRES was arrested and transported back to the Camden County Metro Police Department headquarters, where he was interviewed by a detective. The defendant was read his Miranda rights, waived his rights, and agreed to make a post-arrest statement to law enforcement officers, without counsel. TORRES admitted that he possessed the black handgun that day and that he had purchased it on the street earlier the same day in north Camden. The post-arrest statement of TORRES was recorded on video.

      6. TORRES's criminal history includes several prior felony convictions. For example, between May 2003 and September 2018, the defendant was convicted and sentenced on 6 different third-degree felony drug offenses for the distribution or possession with the intent to distribute controlled substances in the Superior Court of Camden County, New Jersey. Several of these felony offenses were convictions for offenses which occurred within a school zone.

      7. TORRES has other felony convictions in addition to those listed above, including a third-degree felony conviction for receiving stolen property in 2007, a third-degree felony conviction for resisting arrest and eluding in 2010, and a third-degree felony conviction for receiving stolen property in 2016. All of these convictions were in the Superior Court of Camden County, New Jersey.

      8. All of TORRES' above-referenced felony crimes are crimes that were punishable by imprisonment for a term exceeding one year. For some of these felony crimes, TORRES actually served a term of imprisonment that lasted for more than one year. Therefore, TORRES is prohibited by federal law from possessing a firearm or ammunition.

      9. The SCCY firearm recovered and described herein was tested by a member of the Camden County Police Department's Firearms Identification Unit, who determined that the firearm was operable and capable of being discharged.

      10. The SCCY handgun described herein was manufactured outside of the State of New Jersey. This SCCY handgun was manufactured in Florida and the location of the SCCY factory that manufactured the firearm (Daytona Beach, Florida) is stamped on the back of the frame of the handgun. Therefore, the firearm moved in interstate commerce prior to being recovered in New Jersey.

                                        *Jacob Topper*
                                        JACOB B. TOPPER
                                        Task Force Officer, ATF

Pursuant to Fed. R. Crim. P. 4.1, ATF Task Force Officer Jacob B. Topper was sworn and attested to the contents of this affidavit in support of the complaint and arrest warrant for defendant FERNANDO L. TORRES.

_____  Date: 8-7-2025
HON. MATTHEW J. SKAHILL
United States Magistrate Judge

2