AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | )
|---|---|
| United States of America | ) |
| v. | ) |
| Fernando Torres | ) Case No. 25-mj-4058 (MJS) |
| _____ | ) |
| Defendant | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 8/21/2025

_____
Defendant's signature

_____
Signature of defendant's attorney

Ikram Ally   118059
Printed name and bar number of defendant's attorney

800 Cooper Street, Suite 350, Camden, NJ 08102
Address of defendant's attorney

ikram_ally@fd.org
E-mail address of defendant's attorney

(609)-571-7333
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney